JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS, | Case No. CV 24-2734 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GENERAL AUTO SERVICE AND REPAIR INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of July, 2024.

/s/
Fernando M. Olguin
United States District Judge